No. 86–5414. IN RE MAGOON;
No. 86–5448. IN RE PARRISH; and

No. 86–5481. IN RE CURREY. Petitions for writs of mandamus denied.